UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff

     -v-                                                        12-CV-332S

$4,480 UNITED STATES CURRENCY,

              Defendant

## **DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

Upon the application of the plaintiff in this action pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing that all of the persons known or thought to have an interest in or claim to the defendant currency having been given due notice of these proceedings, and no response to plaintiff's motion having been filed, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED,** that this Judgment of Default be entered against the defendant currency and it is hereby

**ORDERED**, that the defendant $4,480 United States currency, is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(4); and it is further

**ORDERED**, that the United States Marshals Service shall dispose of the defendant currency in accordance with law; and it is further

**ORDERED,** that any claims to the defendant currency are hereby forever barred.

DATED: Buffalo, New York, August 2, 2012.

    s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court